**Larry Arnold YOUNG, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 06–6915.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 3, 2007.

Larry Arnold Young, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young appeals the district court's order accepting the recommendation of the magistrate judge and denying Young's motion filed under former Fed. R.Crim.P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. United States,* Nos. 1:88–cr–00112; 1:03–cv–00301 (S.D.W.Va. May 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*